CARY BRICK COMPANY, Respondent, *v.* FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Cary Brick Co.* v. *Fidelity & Casualty Co. of N. Y.*, 162 App. Div. 873, affirmed.

(Argued April 3, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action upon a policy of liability insurance. Defendant issued to plaintiff a policy wherein it agreed to indemnify plaintiff against loss from the liability imposed by law upon the assured for damages on account of bodily injuries or death suffered through the assured's negligence by an employee of the assured while at the places designated therein and during the prosecution of the work described in the schedule. During the period covered by the policy an employee of plaintiff was injured while engaged in dredging the channel of a canal connecting plaintiff's plant with the navigable waters of the Hudson river. Defendant disclaimed liability under its policy. Action having been brought against the plaintiff for damages occasioned by such action, and judgment recovered, this suit is brought upon the policy to recover over against the defendant.

*Charles B. Sullivan* for appellant.

*Benjamin P. Wheat* and *Edgar T. Brackett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.